AO 442 (Rev. 08/07) Warrant for Arrest

**SEALED**

# UNITED STATES DISTRICT COURT

District of Kansas

UNITED STATES OF AMERICA

v.

CECIL A. BROOKS (01)

**WARRANT FOR ARREST**

Case Number: 22-40086-01-TC

**RECEIVED**
By U.S. Marshals Service at 2:53 pm, Nov 10, 2022

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     CECIL A. BROOKS (01)
                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)
SEALED

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court

☐ Pretrial Release Violation Petition  ☐ Probation Violation Petition  ☐ Supervised Release Violation  ☐ Violation Notice

charging him or her with (brief description of offense)
Ct. 1:   18 U.S.C. § 241 - CONSPIRACY AGAINST RIGHTS
Ct. 2:   18 U.S.C. § 1584 - INVOLUNTARY SERVITUDE
Ct. 3:   18 U.S.C. § 1584 - INVOLUNTARY SERVITUDE

☑ in violation of Title  18  United States Code, Section(s)  241

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| SKYLER B. O'HARA | s/M. Barnes, Deputy Clerk |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk of Court | November 10, 2022     Topeka, Kansas |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

Subject was received into custody via ASR from FMC Fort Worth

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11.10.22 | | |
| DATE OF ARREST | | J. Iverson USMS |
| 11.23.22 | | |