**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

| UNITED STATES OF AMERICA, | Case No: 22-40086-TC-1 |
|---|---|
| | AUSA: Stephen Hunting |
| Plaintiff, | Defendant: Jonathan D. Truesdale |
| v. | |
| CECIL A. BROOKS, | |
| Defendant. | |

| JUDGE: | Judge Rachel E. Schwartz | DATE: | November 28, 2022 |
|---|---|---|---|
| DEPUTY CLERK: | Dorothy Kliem | TAPE/REPORTER: | FTR Network @ 1:33 p.m. |
| INTERPRETER: | _____ | PROBATION: | Mitchell Shivers |

## PROCEEDINGS

☒ **Initial Appearance** – 5 min.  ☐ **Initial Revocation Hearing** – min.  ☐ **Bond Hearing** – min.
☒ **Arraignment** – 6 min.  ☐ **Initial Rule 5(c)(3)** – min.  ☐ **Bond Revocation Hearing** – min.
☐ **Detention Hearing** – min.  ☐ **Preliminary Hearing** – min.  ☐ **In-Court Hearing** – min.

☐ **Defendant sworn**  ☒ **Examined re: financial status**  ☒ **Counsel appointed**

☒ **Charges and penalties explained to defendant**  ☒ **Advised of Due Process Protections Act**
☒ **Constitutional Rights Explained**  ☒ **Felony**  ☐ **Misdemeanor**
☐ **Declines to Waive Indictment**  ☐ **Will be presented to next Grand Jury**
☐ **Signed Waiver of Indictment**  ☐ **Information filed**
☐ **Advised of Rights Under Rule** _____  ☐ **Signed Consent to Transfer** _____

☒ **Waived Reading**  ☐ **Read to Defendant:**  ☐ **Indictment**  ☐ **Information**  ☐ **Complaint**
☒ **Number of Counts: 3**  ☐ **Guilty**  ☒ **Not Guilty**  ☐ **Indictment Unsealed**

☐ **Bond Revoked**  ☐ **Continued on present conditions**  ☐ **Release Order executed**  ☒ **Remanded to Custody**

☒ **Oral motion by Government for pretrial detention of defendant.**
☒ **Detention ordered – Oral motion GRANTED.**

☒ **Case Management Order will be issued by Magistrate Judge Schwartz.**

☒ **Status Conference: December 21, 2022 at 9:00 a.m. before Judge Crouse in Topeka Courtroom 401.**

OTHER:  Defendant appears in person, in custody and the court appoints Jonathan D. Truesdale. Government moves for detention. Defendant waives a detention hearing in open court. Defendant is detained pending trial. Formal Order of Detention to follow. Defendant is remanded to the custody of the U.S. Marshal Service.