UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED IN OPEN COURT
NOV 28 2022

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>CECIL BROOKS,<br><br>      Defendant. | Case Number: 22-40086-TC-1 |

## WAIVER OF DETENTION HEARING

I, Cecil Brooks, having appeared before this Court and been advised of my rights under the Bail Reform Act, 18 U.S.C. § 3142, including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing.

Date: 11/28/2022

_____
Defendant

_____
Counsel for the Defendant