IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
*Plaintiff,*

v.  Case No. **22-40086-01-TC**

**CECIL A. BROOKS,**
*Defendant.*

___

### ORDER APPOINTING COUNSEL
___

NOW on this 28th day of November, 2022, the Court upon a showing that the defendant is financially unable to employ counsel and does not wish to waive counsel, appoints Jonathan D. Truesdale as counsel for Cecil A. Brooks pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A.

This appointment is effective November 28, 2022.

/s/ Rachel E. Schwartz
Rachel E. Schwartz
United States Magistrate Judge