**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| v. | ) CASE NO.: 22-40086-TC |
| | ) |
| **ROGER GOLUBSKI, ET AL.** | ) |
| | ) |
| **DEFENDANTS.** | ) |

**ENTRY OF APPEARANCE**

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that William J. Skepnek of The Skepnek Law Firm, PA hereby enters his appearance on behalf of Nonparty Victims Ophelia Williams, Saundra Newsom, Niko Quinn, Michelle Houcks, Richelle Miller, Jermeka Hobbs, representatives of the Estate of John Keith Calvin and members of the Calvin family,[1] and unnamed John & Jane Does in the above-captioned case, and requests and that all further notices, court-filed submissions, and orders be served upon him at the address listed below.

Dated: February 10, 2023          Respectfully submitted,

*/s/ William J Skepnek*
William J. Skepnek   KS Bar #10149
THE SKEPNEK LAW FIRM, PA
1 Westwood Rd.
Lawrence, KS 66044
Phone:         (785) 856-3100
Facsimile:    (785) 856-3099
bskepnek@skepneklaw.com

---

[1] Members of the Calvin family include: Evora Sanders, Leola Taylor, Gloria Calvin, Mamie Wright, Oradean Walton, Diane Frazier, Darrin Calvin, Eric Calvin, Kendra Wright, Kesha Wright, Kiardra Calvin and Jalisa Bluford, Aneesah Frazier, Khadijah Edwards, Rosalyn Calvin, Deidre Dodds, Laraya Banks, Tracy Harris, Christopher McCowan, Samantha McCowan, or Monica Calvin.

1

**ATTORNEYS FOR NONPARTY VICTIMS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 10, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                    */s/ William J. Skepnek*
                                    William J. Skepnek