IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-40055-TC and |
| v. | ) | Case No. 22-40086-TC |
| | ) | |
| ROGER GOLUBSKI | ) | |
| | ) | |
| Defendant. | ) | |

### ENTRY OF APPEARANCE ON BEHALF OF LAMONTE MCINTYRE AND ROSE LEE MCINTYRE

To: All Counsel of Record

Cheryl A. Pilate, of Morgan Pilate LLC, hereby enters her appearance in the above-captioned cases on behalf of nonparty victims and movants Lamonte McIntyre and Rose Lee McIntyre. Counsel requests that all further notices, court-filed submissions and orders be served on her through the Court's electronic filing system or at the address listed below.

Dated: February 14, 2023

Respectfully Submitted,

  /s/  Cheryl A. Pilate
Cheryl A. Pilate, KS Bar #14601
Morgan Pilate LLC
926 Cherry Street
Kansas City, Missouri 64106
Telephone:  816-471-6694
Fax:  816-472-3516
Email: cpilate@morganpilate.com

1

<u>CERTIFICATE OF SERVICE</u>

  I, Cheryl A. Pilate, hereby certify that the above and foregoing was served on February 13, 2023, on all counsel of record via the court's electronic filing system.