# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case Number: | **22-40055** |
| Plaintiff, | ) | | |
| vs. | ) | | |
| | ) | | |
| **ROGER GOLUBSKI,** | ) | | |
| Defendant. | ) | | |
| _____ | ) | Date of Hearing: | **6/14/23** |

**and**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case Number: | **22-40086** |
| Plaintiff, | ) | | |
| vs. | ) | | |
| | ) | | |
| **CECIL BROOKS (1)** | ) | | |
| **LEMARK ROBERSON (2)** | ) | | |
| **RICHARD ROBINSON (3)** | ) | | |
| **ROGER GOLUBSKI (4),** | ) | | |
| Defendant(s). | ) | | |
| _____ | ) | Date of Hearing: | **6/14/23** |

## CRIMINAL MINUTE SHEET – STATUS CONFERENCE

| | |
|---|---|
| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
| COURT REPORTER: | **Sherry Harris** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TIME IN COURT: | **12 minutes** |

**APPEARANCES**: *court and parties appearby:* **IN PERSON**

- UNITED STATES OF AMERICA: **Stephen Hunting**
- BROOKS' COUNSEL: **Jonathan Truesdale**
- ROBERSON'S COUNSEL: **Paul Hood**
- ROBINSON'S COUNSEL: **J. Justin Johnston**
- GOLUBSKI'S COUNSEL **Chris Joseph**
- DEFENDANT BROOKS: ☒ Present (In Custody)
- DEFENDANT ROBERSON: ☒ Waiver – not present (On Release)
- DEFENDANT ROBINSON: ☒ Present (On Release)
- DEFENDANT GOLUBSKI: ☒ Present (On Release)

**NATURE OF HEARING:**

The parties agree that additional time is needed to provide and review a voluminous amount of discovery, redacting information and providing to all defendants.

The Court sets a status conference for **September 20, 2023 at 9:00 a.m.** in Courtroom 401 before Judge Toby Crouse.

The Court makes ends of justice findings pursuant to 18 U.S.C. § 3161(h)(7)(A) and speedy trial time is excluded from today until 9/20/23 as to Defendants.

Defendant Brooks is remanded to custody.

Defendants Roberson, Robinson and Golubski remain on pretrial release.