IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| ) | Case No. 22-CR-40086-01-TC |
| vs. ) | |
| ) | |
| CECIL A. BROOKS, ) | |
| Defendant. ) | |

**MOTION TO RE-OPEN DETENTION HEARING
BECAUSE OF CHANGED CIRCUMSTANCES**

**COMES NOW,** Defendant Cecil A. Brooks, by and through counsel, Jonathan Truesdale and respectfully requests this Court re-open Mr. Brooks' detention hearing because of changed circumstances. In support of this motion, Mr. Brooks offers the following:

1. On June 29, 2023, Mr. Brooks was released from the custody of the Bureau of Prisons having served a sentence on a matter unrelated to this current case. He was then transferred to the custody of the United States Marshals Service.

2. Based on the considerable age of the allegations in this matter and amount discovery involved in this case, it is not likely to proceed to trial soon.

3. The three other co-defendants in this matter have been granted pre-trial release in the District of Kansas. Among the co-defendants who have been released are individuals

facing additional felony charges like those at issue here.

4. During his term of imprisonment, Mr. Brooks was a model prisoner with no record of any incident reports.

5. Counsel has been able to confirm details of a home plan if Mr. Brooks was to be granted pre-trial release. Those details include where and with whom he would reside in Shawnee, Kansas. Counsel has also confirmed that Mr. Brooks would be gainfully employed with a business owned by a close relative.

6. Mr. Brooks' justification for pre-trial release will be supported by additional details of

    his home plan at a review hearing.

7. Counsel will be unavailable for court appearance between July 26th – August 8th due to a personal matter.

WHEREFORE, Mr. Brooks respectfully requests this Court to re-open his detention hearing and enter an order setting conditions of release, and for whatever other relief this Court deems just and proper.

Respectfully Submitted,

/s/ Jonathan Truesdale
Truesdale Law, LLC # 25403
600 Broadway Blvd, Suite 460
Kansas City, MO 64105
Phone: (816) 253-8007
Fax: (816) 817-3368
jdtrueslaw@gmail.com

                                                     Attorney for Cecil A. Brooks

**Certificate of Service**

In accordance with D. Kan. Rule CR49.9, the undersigned certifies that the foregoing motion was electronically filed on July 13, 2023 and that service was accomplished through Notice of Electronic Filing to counsel for the Government and counsel for co-defendants.

                                                     /s/Jonathan Truesdale
                                                     Jonathan Truesdale