**United States District Court**
**District of Kansas**
**500 State Avenue**
**Kansas City, Kansas**

**Hon. Toby Crouse**                                                            **Telephone:  (913) 907-1440**
**United States District Judge**                              **Email:  KSD_Crouse_Chambers@ksd.uscourts.gov**

**July 30, 2026**

**Delivered via CM/ECF only**

  **RE: Upcoming Trial Schedule**

Counsel:

I write concerning your upcoming trial schedule.

My current trial calendar is quite full.

- November 3, 2026
    - United States v. Brooks, 22-40086
    - Knowles v. Pacheco Marquz, 25-2296
    - Soto Hernandez v. Penmark Transportation, Inc., 24-1158

- December 1, 2026
    - Trible v. Auto-Owners, 25-2189
    - Bronson v. Sunflower Care Homes, LLC, 25-4016

The criminal trial—Brooks—has priority. It is currently scheduled for 18 trial days. In light of the multiple holidays and other scheduling issues that month, I anticipate the possibility of closing arguments happening the week of December 7, 2026.

Momentarily I will enter a text order setting your case for an in-person status conference for the remaining civil cases to address this situation. It is expected that trial counsel with authority from each party will be present.

Sincerely,

s/  *Toby Crouse*

Toby Crouse
United States District Judge